IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK W. ALLEN, | ) | |
| Petitioner, | ) | No. C 05-2107 CRB (PR) |
| vs. | ) | ORDER |
| TERESA SCHWARTZ, Warden, | ) | (Doc # 7) |
| Respondent. | ) | |

Good cause appearing, petitioner's motion (doc # 7) for an extension of time to file a traverse is GRANTED. Petitioner may file a traverse by no later than November 30, 2005.

No further extensions of time will be granted.

SO ORDERED.

DATED:  November 1, 2005

CHARLES R. BREYER
United States District Judge