1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


MARK W. ALLEN,                    )
                                  )
            Petitioner,           )        No. C 05-2107 CRB (PR)
                                  )
      vs.                         )        ORDER DENYING
                                  )        CERTIFICATE OF
TERESA SCHWARTZ, Warden,          )        APPEALABILITY
                                  )
            Respondent.           )        (Doc # 22)
_____    )


15          Petitioner has filed a notice of appeal and request for a certificate of

16   appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure

17   22(b).

18          Petitioner's request for a certificate of appealability (doc # 22) is DENIED

19   because petitioner has not made "a substantial showing of the denial of a

20   constitutional right."  28 U.S.C. §  2253(c)(2).  Petitioner has not demonstrated

21   that "reasonable jurists would find the district court's assessment of the

22   constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484

23   (2000).

24          The clerk shall forward to the court of appeals the case file with this order.

25   See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

26   SO ORDERED.

27   DATED: March 15, 2007

     _____
     CHARLES R. BREYER
28   United States District Judge